SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
Lea Haber Kuck (LK-5556)
Four Times Square
New York, New York 10036
Tel: (212) 735-3000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
ADEL SHESHTAWY, Individually And On Behalf
of All Others Similarly Situated,            :

          Plaintiff,         :    Civil Action No. 07-cv-08656
                                    (DAB)
      - against -                 :

CHINA SUNERGY CO., LTD., TINGXIU LU,   :    **NOTICE OF APPEARANCE**
JIANHUA ZHAO, JAMES SHAOFENG QI,
GUANGYOU YIN, FENGMING ZHANG,       :
SHILIANG GUO, MERRILL LYNCH, PIERCE,
FENNER & SMITH INC., COWEN and COMPANY, :
LLC, and JEFFERIES &COMPANY, INC.,

                                   :
         Defendants.
------------------------------------- x

      Please take notice that Lea Haber Kuck (LK-5556), of Skadden, Arps, Slate, Meagher & Flom LLP, hereby enters her appearance as counsel in the above-captioned action on behalf of defendant China Sunergy Co., Ltd., and requests that she be served with all future filings.

Dated: January 22, 2008

                                                */s/ Lea Haber Kuck*
                                                Lea Haber Kuck (LK5556)
                                                SKADDEN, ARPS, SLATE,
                                                   MEAGHER & FLOM LLP
                                                Four Times Square
                                                New York, NY 10036
                                                Tel:  (212) 735-3000
                                                Fax:  (212) 735-2000

*Of Counsel*:
Frances P. Kao
Donna L. McDevitt
Ryan A. Horning
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
33 West Wacker, Suite 2100
Chicago, IL 60606
Tel: (312) 407-0729
Fax: (312) 407-0411

**Attorneys for Defendant China Sunergy Co., Ltd.**